IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ABDUL WASEY KHALIQ | * |
| DEBBIE K. KHALIQ | * |
| 5247 MONROE DRIVE | * |
| SPRINGFIELD VA 22151 | * |
| Plaintiffs | * |
| v. | *    Civil Action No. |
| DRAPER & GOLDBERG, PLLC | * |
| SUITE 301 | * |
| 803 SYCOLIN ROAD | * |
| LEESBURG VA 20175 | * |
| *Serve On:* | * |
| AMANDA SMITH, RESIDENT AGENT | * |
| 9125 RIDGEFIELD LANE | * |
| FREDERICK, MD 21701 | * |
| and | * |
| L. DARREN GOLDBERG | * |
| SUITE 301 | * |
| 803 SYCOLIN ROAD | * |
| LEESBURG VA 20175 | * |
| Defendants | * |

* * * * * * * * * * *

## COMPLAINT

Plaintiffs Abdul Wasey Khaliq and Debbie K. Khaliq, by their attorneys The Erwin Law Firm, P.A., sues Draper & Goldberg, PLLC and L. Darren Goldberg and says:

## Parties

1. Plaintiffs, Abdul Wasey Khaliq and Debbie K. Khaliq are an adult citizens of the State of Virginia residing at 5247 Monroe Drive in Springfield, Virginia.

2. Defendant Draper & Goldberg, PLLC is a Virginia professional limited liability corporation with its principal place of business in Leesburg, Virginia. At all times relevant hereto, defendant Draper & Goldberg, was engaged in the business of collecting debts in the state of Maryland and made use of the United States mail in regularly collecting or attempting to collect debts owed or due or asserted to be owed or due to other entities. Defendant Draper & Goldberg regularly attempts to collect debts from Maryland citizens allegedly to be due to others.

3. Defendant Draper & Goldberg is a "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(a)(6).

4. Defendant L. Darren Goldberg is an adult citizen engaged in the practice of law in Leesburg, Virginia. Defendant L. Darren Goldberg manages defendant Draper & Goldberg's litigation practice as well as all contested foreclosures, and is a principal of defendant Draper & Goldberg, PLLC. At all times relevant hereto, defendant L. Darren Goldberg was engaged in the business of collecting debts in the state of Maryland and made use of the United States mail in regularly collecting or attempting to collect debts owed or due or asserted to be owed or due to other entities. Defendant Goldberg regularly attempts to collect debts from Maryland citizens allegedly to be due to others.

5. Defendant L. Darren Goldberg is a "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(a)(6).

## Jurisdiction

6. Jurisdiction of this Court arises under 15 U.S.C. § 1692(k)(d) and 28 U.S.C. §1337. At all times relevant hereto, defendant Draper & Goldberg transacted

substantial business in collecting debts from Maryland citizens, regularly made telephone calls to Maryland citizens and used the U.S. mail to contact Maryland citizens, and made use of the Courts of the state of Maryland in attempting to collect debts from Maryland citizens. At all times relevant hereto, Defendant L. Darren Goldberg was a member of the Maryland State Bar and transacted substantial business in collecting debts in the state of Maryland and made use of the United States mail in regularly collecting or attempting to collect debts owed or due or asserted to be owed or due to other entities. Defendant Goldberg regularly attempts to collect debts from Maryland citizens allegedly to be due to others.

## **Factual Allegations**

8. On September 6, 2005, plaintiff Debbie K. Khaliq was approached by a man at her home at 5247 Monroe Drive who wanted to see her house because it was being auctioned off the next day by defendants Draper & Goldberg and L. Darren Goldberg.

9. Plaintiff Debbie K. Khaliq telephoned defendants at approximately 1:30 p.m. on September 6, 2005, and spoke to Bridget Carter and inquired as to what was going on because plaintiffs were not behind in their mortgage with Bank of America, N.A. and told Ms. Carter that they disputed the alleged debt. Plaintiff told Ms. Carter she had recently updated her address with Bank of America, N.A. and had received a letter in June confirming it. Ms. Carter requested that the plaintiff fax the June letter from Bank of America.

10. Ms. Carter further instructed plaintiff not to worry because if they were not behind in their mortgage with Bank of America, N.A. their house would not be

3

auctioned the following day.

11. On the afternoon of September 6, 2005, plaintiff Debbie K. Khaliq faxed defendants the letter from Asinia Davis, Customer Service Department of Bank of America, N.A. dated June 29, 2005, acknowledging updated address information as requested by defendants.

12. On September 7, 2005, plaintiffs were current in their principal and interest payments on their mortgage with Bank of America, N.A.

13. On September 7, 2005, plaintiffs discovered a card taped on the door of 5247 Monroe drive stating that Capital Investments, LLC had purchased their house that day at the auction conducted at the direction of the defendants.

14. Plaintiff Debbie K. Khaliq telephoned Capital Investments, LLC which again asserted that it had purchased their home at 5247 Monroe Drive at auction and that they would ultimately be seeking to evict plaintiffs from their home.

15. As a result of the acts alleged above, plaintiffs were forced to expend significant monies to hire an attorney, William M. Baskin, to initiate litigation concerning the foreclosure. Mr. Baskin notified defendants he represented plaintiffs concerning the foreclosure on October 3, 2005.

16. As a further result of the acts alleged above, plaintiffs may lose significant equity they had in their home at 5247 Monroe Drive in September, 2005.

17. As a further result of the acts alleged above, plaintiff Debbie K. Khaliq suffered severe emotional distress which led to her collapse and hospitalization on or about September 19, 2005. Plaintiff Abdul Wasey Khaliq also suffered severe emotional distress due to the concern over losing his home and his wife's hospitalization for which plaintiffs incurred medical expenses.

## Count I
(FDCPA)

18. Plaintiff repeats and re-alleges and incorporates by reference paragraphs 1-17 as though they were set forth in full herein and further alleges:

19. Upon information and belief, on September 6, 2005, Bridget Carter was an agent, servant, or employee of defendant Draper & Goldberg, LLC and was acting under the instruction and supervision of defendant L. Darren Goldberg.

20. Ms. Carter's statements to plaintiffs that they need not worry or attend the auction if they faxed her the letter from Bank of America were false and misleading.

21. On or about November 22, 2005, defendants contacted plaintiffs directly by mail concerning the alleged debt in spite of the fact that defendants were aware that plaintiffs were represented by counsel.

22. Defendants violated the Fair Debt Collection Practices Act. Defendants violations include but are not limited to the following:

(a) Defendants violated 15 U.S.C. §1692e by misrepresenting to plaintiffs that the auction would not go forward the following day and they need not attend;

(b) Defendants violated 15 U.S.C. §1692c by communicating directly to the plaintiffs when they knew that plaintiffs were represented by an attorney with respect to the alleged debt.

17. As a result of the foregoing violations of the Fair Debt Collection Practices Act, defendants are liable to the plaintiffs for their actual damages as determined by the jury, statutory damages in the amount of $1,000, and costs and reasonable attorney's fees.

WHEREFORE, plaintiffs Abdul Wasey Khaliq and Debbie K. Khaliq demand judgment against defendants Draper & Goldberg, PLLC and L. Darren Goldberg, jointly and severally, for their actual damages, statutory damages, plus costs and reasonable attorney's fees.

_____
H. Robert Erwin, Jr.
The Erwin Law Firm, P.A.
1o West Madison Street
Baltimore, MD 21201
(410) 385-6000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| ABDUL WASEY KHALIQ | * | |
| DEBBIE K. KHALIQ | * | |
| 5247 MONROE DRIVE | * | |
| SPRINGFIELD VA 22151 | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | |
| DRAPER & GOLDBERG, PLLC | * | |
| SUITE 301 | * | |
| 803 SYCOLIN ROAD | * | |
| LEESBURG VA 20175 | * | |
| | * | |
| *Serve On:* | * | |
| AMANDA SMITH, RESIDENT AGENT | * | |
| 9125 RIDGEFIELD LANE | * | |
| FREDERICK, MD 21701 | * | |
| | * | |
| and | * | |
| | * | |
| L. DARREN GOLDBERG | * | |
| SUITE 301 | * | |
| 803 SYCOLIN ROAD | * | |
| LEESBURG VA 20175 | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEMAND FOR JURY TRIAL

Plaintiffs Abdul Wasey Khaliq and Debbie K. Khaliq hereby demand trial by jury on all issues in the above captioned case.

                                                     _____
                                                     H. Robert Erwin, Jr.
                                                     The Erwin Law Firm, P.A.
                                                     10 West Madison Street
                                                     Baltimore, MD 21201
                                                     (410) 385-6000