# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                          Reply to Northern Division Address

March 21, 2007

United States District Court
Eastern District of Virginia (Alexandria Division)
401 Court House Square
Alexandria, VA 22314
  Att: Maria Hewitt, Division Manager

      Re    Abdul Wasey Khaliq, et al vs. Draper & Goldberg, PLLC, et al
            Civil Action No.: MJG 06-2301

                                                     :07cv275

Dear Ms. Hewitt

[ X ] On 3/21/07, an Order was filed transferring the above-captioned case to your Court. A login and password has been e-mailed for retrieval of documents

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

        Thank you for your cooperation and courtesy in this matter.

                                    Sincerely,

                                    Felicia C. Cannon, Clerk

                      By:    S. Franke

                                    Deputy Clerk

Enclosure

Received by: _____
Date: _____

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov